UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

------------------------------------x
EVONNE DAVIS                         :

    Plaintiff,                   :   Case No. 09-cv-11447

  v.                                 :   ORDER

R.J. REYNOLDS TOBACCO COMPANY and    :

PHILIP MORRIS USA, INC.,             :

    Defendants.                  :
------------------------------------x

Rakoff, D.J.[1]

    Before the court is plaintiff Evonne Davis's unopposed motion to voluntarily dismiss her appeal. The motion is granted, and the Clerk of Court is directed to close the case.

    SO ORDERED.

Dated:   New York, New York
        January 29, 2015                  _____
                                      JED S. RAKOFF, U.S.D.J.

---

[1] Senior U.S. District Judge, S.D.N.Y., sitting by designation.

1